**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LAURENCE BENNETT, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:21-CV-144 |
| | : | |
| v. | : | Judge Michael Barrett |
| | : | |
| SALLY BEAUTY HOLDINGS, INC. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the Parties hereto and hereby stipulate and agree that all complaints, claims, or causes of action which were brought, or which could have been brought, herein are hereby resolved and dismissed with prejudice.  Each party to bear its own expenses, court costs and attorneys' fees.  Court to retain jurisdiction to enforce the terms of the settlement between the parties.

Respectfully submitted and agreed,

 _/s/ Jon B. Allison_____
Jon B. Allison (0073955)
Freking, Myers & Reul, LLC
600 Vine Street
9th Floor
Cincinnati, OH 45202
Phone: (513) 721-1975
jallison@fmr.law
*Counsel for Plaintiff*

 _/s/ Christina L. Corl_____
Christina L. Corl (0067869)
Plunkett Cooney
300 East Broad, Suite 590
Columbus, OH 43215
Phone: (614) 629-3018
ccorl@plunkettcooney.com
*Counsel for Defendant*

Open.26296.11080.26039970-1

1